992

No. 83–159. GREENMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–166. GUIPPONE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–176. HERRMANN *v.* UNITED STATES; and
No. 83–5195. ENNIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 707 F. 2d 362.

No. 83–177. LETNES *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–186. IDAHO EX REL. MOON, TREASURER OF IDAHO *v.* STATE BOARD OF EXAMINERS ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 83–203. BARNETT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–205. CITY OF WAUWATOSA FIRE DEPARTMENT *v.* ORZEL. C. A. 7th Cir. Certiorari denied.

No. 83–216. MCCRANIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–229. WIMMER *v.* LEHMAN, SECRETARY OF THE NAVY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–234. ENNIS *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 83–244. TELEGRAPH SAVINGS & LOAN ASSN. ET AL. *v.* SCHILLING ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–296. LEBOVITZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–299. TILFORD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.